FILED
 2011 Jan-28  PM 03:19
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH BENNEFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | Civil Action Number |
| | ) | **7:10-cv-00529-AKK-HGD** |
| **OFFICER C. LAPSLEY,** | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 7, 2011, recommending the dismissal without prejudice of this action for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Doc. 12.  Although the report and recommendation advised plaintiff of his right to file specific written objections within fourteen days, doc. 12 at 5-6, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed

without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DONE the 28th day of January, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE